

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00017-CR

EX PARTE JUSTIN MICHAEL LOVE

§ On Appeal from the 30th District Court

§ of Wichita County (56,962-A)

§ July 1, 2021

§ Memorandum Opinion by Justice Walker

§ (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no reversible error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
　　　Justice Brian Walker